

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| ML/SK | *271 Cadman Plaza East* |
| F. #2015R01313 | *Brooklyn, New York 11201* |

August 25, 2017

SENSITIVE DISCOVERY MATERIALS

By Email and ECF

Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
718-783-8200
718-783-8226 (fax)
sgk@kellmanesq.com

> Re:    United States v. Ali Saleh
>         Criminal Docket No. 15-517 (WFK)

Dear Ms. Kellman:

      Please find enclosed discovery in the above-referenced matter.  Specifically, please find enclosed a report of statements of the defendant, Bates numbered 18124-27.  The enclosed materials are provided pursuant to the Protective Order Pertaining to Unclassified Information entered by the Court on November 16, 2015 (the "Order").  Materials designated SENSITIVE DISCOVERY MATERIALS must be handled as provided in the Order.

The government also requests reciprocal discovery from the defendant.

Very truly yours,

BRIDGET M. ROHDE
Acting United States Attorney

By:   /s/ Margaret Lee
Margaret Lee
Saritha Komatireddy
Assistant U.S. Attorneys
(718) 254-6205/6054

Enclosures
cc:   Clerk of the Court (WFK) (by ECF) (without enclosures)

2