# EXHIBIT B



17054276D





Case 1:15-cr-00517-WFK    Document 144-1    Filed 10/22/21    Page 5 of 6 PageID #: 770
170540060D

## AN/PAS-13B/C/D (V1) LIGHT WEAPON THERMAL SIGHT AND AN/PAS-13B/C/D (V3) HEAVY WEAPON THERMAL SIGHT

2-55. The AN/PAS-13B/C/D (V1) light weapon thermal sight (LWTS) and the AN/PAS-13B/C/D (V3) heavy weapon thermal sight (HWTS) (Figure 2-35) are silent, lightweight, compact, and durable battery-powered IR imaging sensors that operate with low battery consumption. The AN/PAS-13B/C/D (V1) is used on riflemen's M4s and M16A4s. The AN/PAS-13B/C/D (V3) is used on squad leaders' M4s and M16A4s only.

NOTE: Both the LWTS and the HWTS are referred to henceforth as a singular TWS. For more information, refer to TM 11-5855-312-10, TM 11-5855-316-10, and TM 11-5855-317-10.

2-56. The TWS is capable of target acquisition under conditions of limited visibility, such as darkness, smoke, fog, dust, and haze. The TWS operates effectively both at night and during the day. The TWS is composed of two functional groups: the telescope and the basic sensor.



Figure 2-35. AN/PAS-13B/C/D (V1) light weapon thermal sight and AN/PAS-13B/C/D (V3) heavy weapon thermal sight.

### MOUNTING THE TWS ON AN M16A4 RIFLE OR M4 CARBINE

2-57. To mount the TWS on an M16A4 rifle or M4 carbine—

NOTE: Reference the weapon components using the numbers listed in Figure 2-36.



Figure 2-36. Mounting the TWS on M16A4 rifle or M4 carbine.

(1) Align the Picatinny rail grabber with the spacer on the bottom of the TWS with a notch on the integrated rail of the M16A4 rifle or M4 carbine, ensuring that the TWS is positioned to accommodate an effective firing position once the eyecup is depressed.

He then continued, until he said, "And what you mentioned of us killing the kuffār, then this is a matter that we neither apologize for nor disregard. And we will do more in that regard, inshā'allāh, and we will advise our children to do likewise after us, and they will advise their children likewise after them, as the Companion said, 'We will remain upon jihād, as long as we live.'"

"We will rub the noses of the kuffār in dirt, shed their blood, and take their wealth as ghanīmah by the might and power of Allah. And we do all that in emulation of the Prophet ﷺ, not innovating anything. We do it in obedience to Allah and His Messenger, and to come closer to Allah. And we hope to attain abundant rewards by this deed, as per His statement, {Then kill the mushrikīn wherever you find them and capture them and besiege them and sit in wait for them at every place of ambush. But if they should repent, establish prayer, and give zakāh, let them go on their way. Indeed, Allah is