```
            UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF NEW YORK

------------------------------X
                              :
UNITED STATES OF AMERICA,     :
                              :    15-CR-517 (WFK)
         v.                   :
                              :    October 20, 2015
ALI SALEH,                    :
                              :    Brooklyn, New York
              Defendant.      :
                              :
------------------------------X


        TRANSCRIPT OF CRIMINAL CAUSE FOR ARRAIGNMENT
           BEFORE THE HONORABLE RAMON E. REYES JR
               UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Government:        BREON PEACE, ESQ.
                           U.S. ATTORNEY
                           BY: SARITHA KOMATIREDDY, ESQ.
                           ASSISTANT U.S. ATTORNEY
                           271 Cadman Plaza East
                           Brooklyn, New York 11201



For the Defendant:         SUSAN KELLMAN, ESQ.
                           25 Eighth Avenue
                           Brooklyn, New York 11217




Court Transcriber:         ARIA SERVICES, INC.
                           c/o Elizabeth Barron
                           274 Hovey Road
                           Milo, ME 04463
                           Aria@leinen.net




Proceedings recorded by electronic sound recording,
transcript produced by transcription service
```

```
 1              THE CLERK:  Criminal cause for status
 2   conference, 15-CR-517, United States v. Ali Saleh.
 3              Counsel, state your appearances.
 4              MS. KOMATIREDDY:  Good morning, your Honor.
 5   Saritha Komatireddy for the United States.
 6              THE COURT:  Good morning.
 7              MS. KELLMAN:  Good morning, your Honor.
 8   Susan Kellman for Mr. Saleh.
 9              THE COURT:  Good morning.
10              MS. KOMATIREDDY:  Your Honor, the defendant
11   in this case, Ali Saleh, was indicted on October 13th,
12   2015.  Initially, we had scheduled him to be arraigned
13   on that indictment today.  I spoke with the marshals
14   earlier this morning and they informed me that when the
15   marshals went to pick up the defendant from custody
16   this morning, he told them that he did not want to go
17   to court.  They asked twice and he had the same
18   response.
19              In light of that, I've confirmed with
20   defense counsel -- my understanding is that he is in
21   communication with his defense counsel.  So in order to
22   permit them some time to confer and determine how to go
23   forward, we've come to an agreement, with the Court's
24   permission, to reschedule the arraignment for next
25   week, allow them some time to confer to see whether a
```

```
 1  force order is indeed necessary, and if it is, the
 2  government will apply for a force order before the next
 3  appearance.
 4            THE COURT:  Is that correct, Ms. Kellman?
 5            MS. KELLMAN:  Yes.  Hopefully, that won't be
 6  necessary, Judge.  I'll make sure we see him well
 7  before the appearance.
 8            THE COURT:  All right.  He didn't say that
 9  he was not feeling well or anything like that, he just
10  said he doesn't want to come to court?
11            MS. KOMATIREDDY:  My conversation with the
12  marshal was that there were no statements about how
13  he's feeling.  It was just, I do not want to come to
14  court.
15            THE COURT:  Okay.  We'll put this on for
16  next week.  Do we have a date?
17            MS. KOMATIREDDY:  Wednesday, Judge, is that
18  -- Wednesday at 11:00 a.m.?
19            THE CLERK:  The 28th at 11:00.
20            THE COURT:  That's fine.  Excellent, thank
21  you.
22            MS. KOMATIREDDY:  For the record, I did
23  confer with Judge Kuntz's chambers.  They've scheduled
24  the first status conference for November 10th, 2015 at
25  11:00 a.m.
```

1           THE COURT:  Wonderful, thank you.
2           MS. KOMATIREDDY:  Thank you.
3                    *  *  *  *  *  *  *

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18      I certify that the foregoing is a correct
19   transcript from the electronic sound recording of the
20   proceedings in the above-entitled matter.
21
22
23
24
25   ELIZABETH BARRON                        July 11, 2022
```