```
                                                                   1

 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   -------------------------------x
                                           15-CR-517(WFK)
 3   UNITED STATES OF AMERICA,
                                           United States Courthouse
 4           Plaintiff,                    Brooklyn, New York

 5           -against-                     November 15, 2016
                                           11:00 a.m.
 6   ALI SALEH,

 7           Defendant.

 8   -------------------------------x

 9          TRANSCRIPT OF CRIMINAL CAUSE FOR STATUS CONFERENCE
              BEFORE THE HONORABLE WILLIAM F. KUNTZ, II
10                   UNITED STATES DISTRICT JUDGE

11   APPEARANCES

12   For the Government:        UNITED STATES ATTORNEY'S OFFICE
                                Eastern District of New York
13                              271 Cadman Plaza East
                                Brooklyn, New York 11201
14                              BY:  SARITHA KOMATIREDDY, ESQ.
                                     MELODY WELLS, ESQ.
15                              Assistant United States Attorneys

16
     For the Defendant:         SUSAN GAIL KELLMAN, ESQ.
17                              25 Eighth Avenue
                                Brooklyn, New York 11217
18

19
     Court Reporter:            LINDA D. DANELCZYK, RPR, CSR, CCR
20                              Phone:  718-613-2330
                                Fax:    718-804-2712
21                              Email:  LindaDan226@gmail.com

22

23

24

25   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
```

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*

1     (In open court.)
2     THE COURTROOM DEPUTY: All rise. The Honorable
3  William F. Kuntz, II presiding.
4     Criminal cause for status conference. Docket Number
5  15-CR-517. USA versus Saleh.
6     Counsel, will you please state your appearances for
7  the record, and spell your first and last name for the court
8  reporter.
9     MS. KOMATIREDDY: Good morning, Your Honor. Saritha
10 Komatireddy and Melody Wells for the United States.
11 S-A-R-I-T-H-A, K-O-M-A-T-I-R-E-D-D-Y.
12    THE COURT: Good morning.
13    MS. WELLS: Good morning, Your Honor. Melody Wells.
14 It's M-E-L-O-D-Y, last name, W-E-L-L-S.
15    THE COURT: Good morning. You may be seated.
16    MS. KELLMAN: Good morning, Your Honor. Susan
17 Kellman, S-U-S-A-N, K-E-L-L-M-A-N. And I am present in court,
18 Your Honor, with my client, Ali Saleh.
19    THE COURT: Good morning. Please be seated.
20    You may be seated, ladies and gentlemen in the
21 audience, please sit down.
22    Let's try this case on November 27th of 2017.
23    Does that date work for people?
24    MS. KOMATIREDDY: That works for the government,
25 Your Honor.

1       MS. KELLMAN:  Yes, Your Honor.

2       THE COURT:  Okay, we'll pick and go, starting here
3  at 9:30.

4       If you have a motion calendar that you would like,
5  or dates you would like to submit motions, you can do it
6  jointly on ECF; if not, then both sides can submit proposed
7  dates and I will set dates for any pretrial motions that need
8  to be considered.

9       We're excluding time.  It's already been designated
10 by the Court as a complex case, so we don't have that issue.

11      Anything else?

12      MS. KOMATIREDDY:  Your Honor, we would ask for a
13 status conference in 60 days in an effort to further the
14 ongoing plea negotiations in this case.  It's an important
15 case and there may be additional changes to the pretrial
16 expectations.

17      THE COURT:  Ms. Kellman, would you like a status
18 conference in 60 days?

19      MS. KELLMAN:  I'm fine with that, Judge.

20      THE COURT:  Sure.

21      All right, Mr. Jackson, what's 60 days from today?

22      THE COURTROOM DEPUTY:  That brings us to Friday,
23 January 19th.

24      THE COURT:  Is that around the holiday weekend?
25 President's Day or King Day?

```
1            THE COURTROOM DEPUTY:  I think King Day is the
2    Monday -- the 16th is King Day -- no, Monday's King Day.
3            THE COURT:  So is it at the end of that King Day
4    week?
5            THE COURTROOM DEPUTY:  Hold on, Judge, I'm sorry.
6    My calendar defaulted to 2018.  I apologize.
7            THE COURT:  Okay.
8            THE COURTROOM DEPUTY:  Okay, Friday, January 20th,
9    Judge, we have availability at noon.
10           THE COURT:  Let's do it noon on January 20th of
11   2017.
12           Does that work for, counsel?
13           MS. KELLMAN:  Yes, Your Honor.
14           THE COURT:  Does that work for you?
15           MS. KOMATIREDDY:  Yes, Your Honor.
16           THE COURT:  Okay.  Anything else?
17           MS. KELLMAN:  No, nothing.  Thank you, Judge.
18           MS. KOMATIREDDY:  Thanks very much, Judge.
19           THE COURT:  Thanks, we're adjourned.
20           (Whereupon, the matter was concluded.)
21                   *     *     *     *     *
22   I certify that the foregoing is a correct transcript from the
     record of proceedings in the above-entitled matter.
23
24      s/ Linda D. Danelczyk                      July 8, 2022
25         LINDA D. DANELCZYK                          DATE
```

*LINDA D. DANELCZYK, RPR, CSR, CCR*
*Official Court Reporter*